AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DERYKE PFEIFER | ) | Case No. ~~2:14mj78-TFM~~ |
|  | ) | 1:14mj93-TFM |
|  | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 3, 2014_____ in the county of DALE ~~Montgomery~~ in the
_____Middle_____ District of _____Alabama_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 871(a) | Threats against the President of the United States |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Marcus Shumack, USSS Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/03/2014 /s/ _____

_____
Judge's signature

City and state:     Montgomery, AL

Terry F. Moorer, US Magistrate Judge
Printed name and title

**Complaint amended per Order entered on 7/9/14 entered by Judge Terry F. Moorer.

## Affidavit in Support of a Criminal Complaint

*United States v. "Deryke Pfeifer"*

I, Marcus Shumack, being duly sworn, hereby depose and say:

1.  I have been a Special Agent with the United States Secret Service since May 8, 2000. I have attended the Special Agent Training Course held by the U.S. Secret Service at Beltsville, Maryland and Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I am also a graduate of Auburn University where I earned a Bachelor of Science degree in Accounting.

2.  The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers, and having read the reports and memoranda of other law enforcement officers. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with the criminal complaint charging Deryke Pfeifer with the crime of Threats against President and successors to the Presidency. The information is not a complete statement of all the facts related to this case.

3.  Based on my training and experience as set forth above, I am aware that whoever knowingly and willfully threatens to kill, kidnap, or inflict bodily harm upon the President Elect is in violation of Title 18, United States Code, Section 879.

4. On June 29, 2014, the Federal Protective Service (FPS) Dispatch Center in Battle Creek Michigan received a telephone call from an unknown male. This male made a threat to kill President Barack Obama. The call was made from phone number (517) 499-7257. I did a query of this phone number, and it came up associated with a Facebook for Deryke Pfeifer (Pfeifer).    I

6.  On June 29, 2014, agents from the Secret Service in Michigan attempted to locate Deryke Pfeifer. They were unable to locate Pfeifer and were told

that he had move to Ozark, Alabama. Additional investigation showed that Pfeifer lived in Ozark, Alabama.

5. On July 2, 2014, I received an e-mail from the Secret Service Office in Detroit, Michigan. After reviewing the recording I was able to confirm, starting at approximately call marker 2:22, where the male makes a threat to kill President Barack Obama.

6. On July 2, 2014, I, queried Alabama Tactical Law Enforcement (LETS) database, and ran the name Deryke Pfeifer. The results were that Pfeifer had an outstanding warrant for a misdemeanor menacing crime out of Daleville, Alabama. I contacted the Daleville Police Department. I was notified that the warrant was active, and Pfeifer lived in Ozark, Alabama. I contacted the Ozark police department, and requested that the warrant be executed.

7. On July 2, 2014, the Ozark Police Department executed the warrant for misdemeanor menacing on Pfeifer. Pfeifer was transported to the Ozark Police Department, he was then transferred to the Daleville Police Department where he was processed and I was able to interview him.

8. During a post-Miranda interview Pfeifer told me that "God told him that God was going to destroy Obama and everything around him." Pfeifer said that he was not going to kill Obama, but that God was going to kill Obama. He said that God was speaking through him, and God uses the spirit to speak but not to kill. Pfeifer said that he often channels God's words in his videos on Facebook.

9. I showed Pfeifer his Facebook page, and Pfeifer confirmed that this was indeed his Facebook account. Pfeifer confirmed that his phone number was (517)499-7257. He also confirmed that he had spoken with FPS five to six times during this past year.

10. On July 3, 2014, FPS Special Agent James Alberts advised me that during this past year they had received five phone calls at their Megacenter in Battle Creek, Michigan from phone number (517) 499-7257. According to Agent

2

Alberts, during these calls an unknown male said that he was going to blow up the social security administration building, Jackson, Michigan. In the phone call the male also made threats about killing President Obama

11. On July 3, 2014, I reviewed Deryke Pfeifer's Facebook page. On his Facebook page I watched a video which was posted on July 2, 2014, at 8:20 p.m. During that video Pfeifer stated "America don't you mess with Deryke Pfeifer." He then further goes on to state that he was God, and threatens to blow up the social security administration building. He also states, in the context of speaking for God, that he was going to kill Obama for turning on him. During another video he makes reference to the state police officers who arrested him on July 2, 2014, in Ozark, Alabama. Pfeifer specifically invites the arresting officer to take time off from work, come to Pfeifer's house, and Pfeifer would give him a lesson on how to treat people. On June 30, 2014, at 7:45 pm., Pfeifer posted another video on his Facebook account. In this video, Pfeifer has what appears to be a Glock pistol in his lap. Pfeifer holds the pistol, and then makes the following statements to President Obama: "You feel all that heat Obama?" "Jesus ain t playing with you." "I just let you see that to let you know that I got it."

Based on my experience and training of your affiant, it is my belief that probable cause exists to arrest *Deryke* Pfeifer for violations of Title 18, United States Code, Section 871 (b)s (m), Threats Against the President. Further that the events occurred within the Middle District of Alabama.

3

Further your Affiant sayeth naught. I swear under penalty of perjury that the forgoing is true.

*[signature]*
MARCUS SHUMACK
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Subscribed and sworn to before me this 3rd day of July 2014.

*[signature]*
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE