IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION NO. |
| v.   ) | 1:14cr417 |
| ) | (WO) |
| DERYKE MATTHEW PFEIFER   ) | |

OPINION AND ORDER

Based on an agreement of counsel for both the government and defendant Deryke Matthew Pfeifer that the court could determine Pfeifer's mental competency to stand trial (1) based solely on a report from Dr. Karl Kirkland and (2) without a hearing, the court entered an opinion and order yesterday finding that Pfeifer was mentally incompetent to stand trial. However, Pfeifer has now filed a statement that he believes he is sane.

Because the court believes that Pfeifer is essentially challenging the report of Dr. Kirkland; because the court believes, in light of Pfeifer's statement, that the issue of his competency, including

a hearing on the matter, is too important to be waived by his lawyer over his objection; and because the court believes that Pfeifer should thus have an evidentiary hearing in open court on the issue, with Pfeifer present and with the issue determined completely anew (that is, de novo) and uninfluenced by the court's earlier determination, it is ORDERED as follows:

(1) The court's opinion and order (doc. no. 28), in which the court finds that defendant Deryke Matthew Pfeifer is mentally incompetent, is vacated in full.

(2) An evidentiary hearing for a de novo determination of whether defendant Pfeifer is competent to stand trial is set for October 23, 2014, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2

(3) The government is to arrange for the presence of defendant Pfeifer.

(4) Counsel for defendant Pfeifer is to arrange for the presence of Dr. Karl Kirkland so that Dr. Kirkland may testify in the presence of defendant Pfeifer.

DONE, this the 7th day of October, 2014.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**