IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:14-CR-417-MHT |
| | ) | (WO) |
| DERYKE MATTHEW PFEIFER | ) | |

ORDER

Based on the representations made on the record on October 9, 2014, it is ORDERED as follows:

(1) The Government's Motion for Ruling on the Federal Bureau of Prison's Request for Extension of Time to Complete Evaluation and File Competency Report (doc. no. 34) is granted.

(2) The Federal Bureau of Prisons is to complete its evaluation and to submit to the court by October 23, 2014, a report as to its finding relative to defendant Deryke Matthew Pfeifer's competency or incompetency to stand trial.

(3) If the Federal Bureau of Prisons is unable to submit a report to the court by October 23, 2014, then Dr. Judith Campbell is to be available to testify by video conference as to her findings relative to defendant Pfeifer's competency or incompetency to stand trial.

DONE, this the 10th day of October, 2014.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE