IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:14cr417-MHT** |
| | ) | **(WO)** |
| **DERYKE MATTHEW PFEIFER** | ) | |

## OPINION AND ORDER

The issue before the court is whether a guardian <u>ad litem</u> should be appointed for defendant Deryke Matthew Pfeifer. Because the court believes that a guardian <u>ad litem</u> should be appointed for defendant Pfeifer only if the court is convinced, and so finds, that defendant Pfeifer is still mentally incompetent, it is ORDERED that the issues of whether defendant Deryke Matthew Pfeifer is mentally incompetent and, if so, whether a guardian <u>ad litem</u> should be appointed for him are set for hearing on June 4, 2015, at 2:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**The government is to arrange for defendant Pfeifer to be present.**

**Honorable Richard Keith, the suggested guardian <u>ad litem</u> for defendant Pfeifer, is to be present too.**

**DONE, this the 29th day of May, 2015.**

<u> /s/ Myron H. Thompson </u>
**UNITED STATES DISTRICT JUDGE**