IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CRIMINAL ACTION NO. |
| v.        ) | 1:14cr417-MHT |
| ) | (WO) |
| DERYKE MATTHEW PFEIFER    ) | |

ORDER

Based on representations made on the record at a hearing in open court on October 7, 2016, the court finds that Hon. Stephen Ganter has performed effectively and more than adequately as defense counsel and that defendant Deryke Matthew Pfeifer is not competent to knowingly and voluntarily waive his right to counsel. Nevertheless, because it appears that defendant Pfeifer is an extremely difficult person to represent and because Mr. Ganter sincerely believes that, personally, he can no longer work with defendant Pfeifer and thus his continued representation of defendant Pfeifer is not in defendant Pfeifer's best interest, the court will allow Mr. Ganter to withdraw.

Accordingly, it is ORDERED as follows:

(1) Honorable Stephen Ganter's motion to withdraw, made in open court on October 7, 2016, is granted.

(2) The clerk of the court is to arrange for the appointment of new counsel for defendant Deryke Matthew Pfeifer.

(3) Defendant Pfeifer's motion for appointment of new counsel, made in open court on October 7, 2016, is denied as moot.

It is further ORDERED that defendant Pfeifer's motion to assist his counsel, made in open court on October 7, 2016, is granted.

Mr. Ganter and defendant Pfeifer are informed that Mr. Ganter has been relieved of his representation solely in this court.  Only the Eleventh Circuit can relieve Mr. Ganter of his representation in that court.

DONE, this the 11th day of October, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE