IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:14cr417-MHT |
| | ) | (WO) |
| DERYKE MATTHEW PFEIFER | ) | |

ORDER

Pursuant to the government's notice of dismissal (doc. no. 252), it is the ORDER, JUDGMENT, and DECREE of the court that the indictment (doc. no. 13) and superseding indictment (doc. no. 185) are dismissed without prejudice.

DONE, this the 1st day of February, 2019.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE