IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:14cr417-MHT |
| | ) | (WO) |
| DERYKE MATTHEW PFEIFER | ) | |

### ORDER

At the request of the Probation Department (doc. no. 247) and with the consent, in open court on January 31, 2019, of the government, defense counsel, and the guardian ad litem, it is ORDERED that defendant Deryke Matthew Pfeifer's conditional release is terminated, his release is now unconditional, and he is discharged. This case is closed.

DONE, this the 1st day of February, 2019.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**